# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY YORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-227 |
| CAROLYN COLVIN, *Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Kimberly York filed a form complaint seeking judicial review of an adverse disability claim decision by the Social Security Administration. Doc. 1. She also requested leave to proceed *in forma pauperis*. Doc. 2. The Court granted the motion but directed her to cure some material deficiencies in her case. Doc. 3 at 2 (citing, *inter alia*, *Rose v. Colvin*, 2014 WL 5034608 at * 2 (S.D. Ga. Oct. 8, 2014) ("Here, Plaintiff provides absolutely no information concerning any administrative proceedings before the Social Security Administration, let alone does she state that she presented any particular claim for benefits to the Commissioner for a final decision. Accordingly, Plaintiff has not

met the prerequisites for judicial review, and her case must be dismissed.")). It warned of dismissal for noncompliance. *Id.* at 4.

In that plaintiff has failed to respond, her case should be **DISMISSED** on both abandonment and jurisdictional grounds. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992); doc. 5 at 3-4 (citing subject matter jurisdiction cases).

**SO REPORTED AND RECOMMENDED** this  20th  day of November, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA