IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KIMBERLY YORK, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-227
 )
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, )
 )
    Defendant. )
 )

## O R D E R

Before the Court are the Magistrate Judge's Report and Recommendation (Doc. 4), Plaintiff's Objections (Doc. 6), and the Magistrate Judge's Supplemental Report and Recommendation (Doc. 7). After a careful review of the record, the Report and Recommendation, and Supplemental Report and Recommendation are **ADOPTED** as the Court's opinion in this case. AS a result, Plaintiff's appeal is **DISMISSED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of April 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA