# United States District Court
## *Southern District of Georgia*

KIMBERLY YORK

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV415-227

FREDERICK J. HEAD, Warden;
and BARRICK H. OBAMA,
Executive Session of the United States

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of April 13, 2016 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, judgment is entered dismissing Plaintiff's Social Security Appeal.

April 13, 2016
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk